UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
DAMIEN NEITA,

                    Plaintiff,

                                        ORDER
            -against-                   15-CV-0649 (JS)(AKT)

PRECISION PIPELINE SOLUTIONS,
RANDY SOOHOO, and JASON GONG,

                    Defendants.
--------------------------------X
APPEARANCES:
For Plaintiff:      Damien Neita, pro se
                    55 Sage Street
                    Central Islip, NY 11722

For Defendants:     No appearance

SEYBERT, District Judge:

          On February 6, 2015, pro se plaintiff Damien Neita

("Plaintiff") filed a Complaint pursuant to Title VII of the Civil

Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e

to 2000e-17, against Precision Pipeline Solutions ("Pipeline"),

Randy Soohoo ("Soohoo"), and Jason Gong ("Gong" and collectively,

"Defendants") alleging, inter alia, that Defendants discriminated

against him on the basis of his race.  Plaintiff's Complaint is

accompanied by an application to proceed in forma pauperis.

          Upon review of Plaintiff's declaration in support of his

application to proceed in forma pauperis, the Court finds that

Plaintiff's financial status qualifies him to commence this action

without prepayment of the filing fees.  See 28 U.S.C. § 1915(a)(1).

Accordingly, Plaintiff's application to proceed in forma pauperis

is GRANTED.  However, because "individuals are not subject to

liability under Title VII," see Wrighten v. Glowski, 232 F.3d 119,

120 (2d Cir. 2000) (citing Tomka v. Seiler Corp., 66 F.3d 1295,

1313 (2d Cir. 1995)), Plaintiff's claims against Soohoo and Gong

are not plausible as a matter of law and are thus DISMISSED.

      The Court ORDERS service of the Complaint by the United

States Marshal Service ("USMS") without prepayment of the filing

fee on the remaining Defendant, Pipeline.  The Clerk of the Court

shall forward the Summons, the Complaint, and this Order to the

USMS and the USMS shall serve the Defendant.

      The Clerk of the Court is further directed to mail a copy

of this Order to the pro se Plaintiff.

                      SO ORDERED.


                    /s/ JOANNA SEYBERT
                    Joanna Seybert, U.S.D.J.

Dated: June ___2__, 2015
      Central Islip, New York